UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORY BLACK,

                              Plaintiff,

          -against-

DEANDRE DORSEY; MATTHEW CABILLIS,

                              Defendants.

25 CIVIL 0413 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 24, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 26, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge